IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 1:08-cv-00073-LJO-DLB |
| v. | ) | **ORDER** |
| DAVID J. EDWARDS | ) | |
| Defendant. | ) | |

Pursuant to this Court's Judgement on April 30, 2008, the Court hereby orders the following:

1. The UCC Financing Statement, Document Number 0405060620, filed on February 13, 2004 that purports to create a lien and any other non-consensual lien or encumbrance filed by defendant Edwards against the person or property of any IRS employee or others who authorized or performed any act in connection with the assessment or collection of his tax liabilities is declared null and void.

2. This order may be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of California where such liens have or will be filed by defendant Edwards.

3257098.1

3.     The UCC Financing Statement, Document Number 0405060620 shall be permanently expunged from the records of the California Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of California where such liens have or will be filed by defendant Edwards.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

3257098.1                                                  - 2 -